addition to other questions presented, whether an application for a writ of habeas corpus or a bill of exceptions is the proper procedure to be followed in this case. *Gerald M. Tillinghast,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1346. ALVA CURTIS NORDSTROM *v.* FRANCIS A. HOWARD, *Warden.* Petition for writ of habeas corpus is denied. *Alva Curtis Nordstrom,* petitioner, pro se. *Richard J. Israel,* Attorney General, for respondent.

M. P. No. 1384. STATE *ex rel.* ALVIN E. NORDQUIST *v.* TIMOTHY A. RIELLY. Petition for writ of certiorari is denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Aram K. Berberian,* for defendant- petitioner.

M. P. No. 1389. ALBERTINA MENDES *v.* AMBROSE C. MENDES. Petition for writ of procedendo ad judicium granted and petition and other papers remanded to Family Court with direction that trial justice forthwith proceed to render judgment in accordance with the prayer in said petition. *Pearlman & Pearlman, Thomas W. Pearlman,* for petitioner. *Leroy V. Marcotte,* for respondent.

M. P. No. 1403. TESSIE FISHMAN *et al. v.* CHARLES FISHMAN. Motion for leave to file petition for writ of certiorari denied. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for plaintiffs-respondents. *John G. Carroll,* for defendant-petitioner.

M. P. No. 1406. JENNIE BALME *et al. v.* GOLD-BRO, INC. Denial of motion for summary judgment is interlocutory in nature and not finally dispositive of the case and, absent peculiar circumstances, is not appealable. Any error in denying motion is rendered harmless by a fair determination of the merits at trial. See Kent *R. I. Civ. Prac.,* §56.12. Motion to file petition for writ of certiorari denied. *William G. Gilroy,* for petitioner. *Hinckley, Allen, Salisbury & Parsons, James K. Irvin,* for respondent.